STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Catherine L. Davidson
Attorney at Law
P. O. Box 71
Alexandria LA 71309

REHEARING ACTION: June 22, 2016

Docket Number: 15   01189-CA consolidated with 1,014-CW

ROBERT E. AHEARN
VERSUS
CITY OF ALEXANDRIA, ET AL.

Appealed from Rapides Parish Case No. 251,261

BEFORE JUDGES:

Hon. Jimmie C. Peters
Hon. Marc T. Amy
D. Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **1921 Jackson St., LLC** has this day been

DENIED.

cc: Thomas D. Davenport, Jr., Counsel for the Appellant
Martha R. Crenshaw, Counsel for the Appellee
Brian Davis Mosley, Counsel for the Appellee